UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAOUZI JABER,<br><br>                           Plaintiff,<br><br>-against-<br><br>SABRINA SHROFF; FEDERAL DEFENDERS OF NEW YORK, INC.,<br><br>                         Defendants. | 24-CV-2608 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the April 9, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 9, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge